THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Filed
JAN 2 6 2016

JACK B. SCHMETTERER, BANKRUPTCY JUDGE
UNITED STATES BANKRUPTCY COURT

In RE:                                          ) Bankruptcy No.: 15-29843
    Jessica May Heimer                          )
                                                ) Adversary No.: 15-00785
        Debtor,                             )
                                                ) Honorable Judge Schmetterer
                                                )
                                                )
Anna Markley Bush and Bush & Heise              )
                                                )
        Plaintiffs,                         )
                                                )
Vs.                                             )
                                                )
Jessica May Heimer                              )
                                                )
        Defendant,                          )

## OBJECTION TO COMPLAINT TO DISCHARGE OF DEBT

NOW COMES the Debtor/Defendant, Jessica May Heimer submits in response to this Objection to Complaint to Discharge of and any Debt owed to ANNA MARKLEY BUSH or BUSH & HEISE. I am seeking further relief from the Court and The Honorable Judge Schmetterer in regards to Ms. Bush's request for fees. The Court Order States in Anna Bush's EXHIBIT C. "1.) On the Courts own motion and over objection of with counsel for Jessica, NO HEARING having been held Jessica is ordered to Pay Anna Bush the GAL of child the sum of $5,000.00 within (7) days. 2.) The Order appointing Anna Bush as "PRO-BONO" is vacated on motion of

the court. 3.) The Above fees are awarded WITHOUT PREJUDICE. The term and meaning of Without Prejudice: **Law** – Without detriment to any existing right or claim. "The payment was made **WITHOUT** any **PREJUDICE TO** my rights." Pro-Bono: **Law**- "In the Legal Profession, the term "**pro bono**" refers to legal services performed free of charge for the public good. Unlike traditional volunteerism, **pro bono** services leverage the skills of legal professionals to help those who are unable to afford a **Lawyer**. In the Divorce Court the Honorable Judge Levinson stated that we are poor my husband and I. If so moreover we would be in more hardship than we already are in.

Ms. Bush believes there are more funds than she believed available, any money that I had available in our divorce court with the Honorable Judge Alfred Lee Levinson At Rolling Meadows Court in Divorce Court case# 12D3308044 is Debt Owed to family and friends. Which I no longer have contact with any of those people due to a breakdown of our relationships due to the hardships of all Debt owed. Ms. Anna Bush was Paid in the amount of $5,000.00 due to I was under the impression that If the money was not paid that I would go to Jail and not be able to see my daughter. I had to plead and barrow that money just to not jeopardize as me being separated from my daughter more than I already was due to the hardship of my divorce and custody situation. I am also Paying Child Support in the Sum of $149.00 a month at the moment. Any and all money that I make goes to all bills moreover any left over money the little that is left if any should go straight into a fund for my daughter's college education. Being the Guardian at litem they are supposed to be for the BEST INTEREST OF THE MINOR CHILD, If ANNA MARKLEY BUSH is granted her desire, that will dis-able me from being able to establish a good future for my daughter. Taking away the little money that I do have will cause a hardship with my Child-Support; I can lose my home and end up on the street if I cannot afford

my rent, or any food. The $43,091.68 is money that could be saved up in the future for my daughter to go to college. I want to be able to send my daughter with my husband to college one day. I want a bright future and life for my 4 year old daughter I don't want anything that will take that away from her if I am ordered to pay Ms. Bush this money it will take that away from her and my daughter deserves nothing but the best and the best college education for her future. Please take this into consideration and into your heart that my husband and I only want what's best for our daughter and nothing less than what she deserves!

Respectfully Submitted,

Yours Truly,

*Jessica A. May Heimer*
Jessica A. May Heimer
1-23-16.